PJC
F.# 2022R00297

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

ERIC ZHU,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

<u>O R D E R</u>

CR <u>25-MJ-257</u>

        Upon the application of JOSEPH NOCELLA, JR., United States Attorney for the Eastern District of New York, by Department of Justice Trial Attorney Patrick J. Campbell, for an order partially unsealing the complaint and arrest warrant in the above-captioned matter.

        WHEREFORE, it is ordered that the complaint and arrest warrant in the above-captioned matter be partially unsealed.

Dated:  Brooklyn, New York
           August 27, 2025

                                          */s/ Marcia M. Henry*
                                        HONORABLE MARCIA M. HENRY
                                        UNITED STATES MAGISTRATE JUDGE
                                        EASTERN DISTRICT OF NEW YORK