UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NOTICE OF APPEARANCE AND REQUEST FOR |
| -vs.- | : | ELECTRONIC NOTIFICATION |
| ERIC ZHU, | : | 25 MJ .257 |
| Defendant. | : | |

-------------------------------------------------------X

TO:   Clerk of the Court
       United States District Court
       Eastern District of New York

The undersigned attorney respectfully requests the Clerk of the Court to note his appearance in the above matter and to add him as a filing user to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully Submitted,

SCOTT B. TULMAN
Law Offices of Scott B. Tulman
& Associates, PLLC
The Helmsley Building
230 Park Avenue, 18th Floor
New York, NY 10017
(212) 867-3600
(212) 867-1914 (fax)
(917) 882-8090 (cell)
**stulman@tulmanlaw.com**